UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 07-300____ |
|  | ) VIO:   18 U.S.C. § 922(g)(1) |
| JASON JOHNSON, | ) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about May 11, 2007, in Sangamon County, in the Central District of Illinois, the defendant,

**JASON JOHNSON**,

having previously been convicted of the offense of manufacture/delivery of a controlled substance, a crime punishable by imprisonment for a term exceeding one year (case number 05CF0180), did knowingly possess, in and affecting commerce, a firearm, that is a RG Industries, .22 caliber handgun bearing serial number 256996.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL,

_____
FOREPERSON

_____
RODGER A. HEATON
UNITED STATES ATTORNEY
GMG