UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

NOTICE OF RECORD RETURN

October 7, 2009

**FILED**
OCT 0 9 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Pamela E. Robinson
UNITED STATES DISTRICT COURT
Central District of Illinois
United States Courthouse & Federal Building
Springfield , IL 62701-0000

| No.: 08-2310 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>JASON JOHNSON, Defendant - Appellant |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 3:07-cr-30078-JES-BGC-1<br>Central District of Illinois<br>District Judge Jeanne E. Scott |

The mandate or agency closing letter in this cause issued on June 2, 2009.
Returned herewith is the record which was transmitted to this court.

| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
|---|---|
| Pleadings: | 1 |
| Transcripts: | 4 |
| Sealed Envelopes: | 3 |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                    **Received by:**

_____        _____

form name: **c7_Record_Return_toDC** (form ID: **205**)